IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEAN LANGDON,

                Plaintiff,                        No. 3:15-cv-01342-PK

        v.                                  OPINION AND ORDER

CAROLYN W. COLVIN
Commissioner, Social Security
Administration,

                Defendants.

HERNÁNDEZ, District Judge:

Magistrate Judge Paul Papak issued a Findings & Recommendation [18] on September 6, 2016, recommending that the Commissioner of Social Security's decision be reversed and the case remanded for the immediate payment of benefits. Defendant has timely filed objections [20] to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

When a party objects to any portion of the Magistrate Judge's Findings &

Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Dawson v. Marshall,

561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.

2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to

modify the Findings & Recommendation. I have also reviewed the pertinent portions of the

record *de novo* and find no errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [18], and

therefore, the Commissioner's final decision is REVERSED and this case is REMANDED for an

immediate award of benefits.

IT IS SO ORDERED.

DATED this ____15____ day of ___December___, 2016.


_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER