Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**JEANNE LANGDON,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

Case No. 3:15-cv-01342-PK

ORDER

It is ORDERED that reasonable attorney fees in the amount of $9,676.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). If Plaintiff's attorney receives any fee awarded herein pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), he shall credit that fee to Plaintiff, and may retain only the larger of the two fees. When issuing the § 406(b) check, the agency is directed to subtract any amount received by Plaintiff's attorney pursuant to the EAJA, and to send the balance to Plaintiff's attorney in a check made payable to Bruce Brewer at his current address shown above. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

ORDERED this _____ day of _____, 2017

_____
The Honorable Paul Papak
U.S. Magistrate Judge

Presented by:
Bruce W. Brewer, OSB No. 925581

ORDER - Page 1